IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK VANORDEN, on behalf of himself and others similarly situated | : <br> : <br> : 1:17-cv-01310-CCC <br> : |
| v. | : <br> : |
| LEBANON FARMS DISPOSAL, INC. | : <br> : |

**PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND OTHER ASSOCIATED RELIEF**

Frederick VanOrden ("Plaintiff") and Lebanon Farms Disposal, Inc. ("Defendant") have settled this class/collective action lawsuit, which asserts claims under the Fair Labor Standards Act ("FLSA") and the Pennsylvania Minimum Wage Act ("PMWA"). The settlement requires Defendants to pay a total of $223,692.48.[1] If approved, the settlement fund will be distributed as follows: (i) $139,442.48 will be paid to 293 class members; (ii) a $5,000 service award will be paid to Plaintiff; (iii) 17 other class members will each receive $250 service awards for responding to written discovery; and (iv) $75,000 will be paid to class counsel to cover attorney's fees and expenses.

---

[1] As discussed in Plaintiff's Memorandum of Law, the original settlement was for $225,000. However, one potential class member (John White) excluded himself from the settlement as part of the notice process and is not covered by the release of claims. Under the terms of the settlement, Mr. White's proposed settlement payment of $1,307.52 will be backed out of the total amount that Defendant must pay.

In July 2019, the Court entered an order "preliminarily" approving the settlement, authorizing the issuance of notice to 294 former drivers and loaders of Defendant potentially covered by the settlement, and appointing the undersigned to serve as interim class counsel. See Doc. 69. None of these 294 individuals have objected to the settlement and only one (1) requested to be excluded from the settlement.

Thus, this matter is ripe for "final approval." The Court has set a fairness hearing for October 17, 2019, and, in anticipation of the hearing, Plaintiff files this motion, which asks the Court to enter an order:

- Certifying, pursuant to Civil Rules 23(a) and 23(b)(3), a settlement class consisting of the 293 individuals listed in Exhibit A to the Class/Collective Action Settlement Agreement (excluding John White) who, during any time between July 25, 2014 and August 20, 2018, worked as a driver or loader for Defendant;

- Approving, pursuant to Civil Rile 23(e)(2), the settlement of this action as "fair, reasonable, and adequate;"

- Approving class members' waiver of their FLSA claims;

- Approving the payment of a $5,000 service award to Plaintiff;

- Approving the payment of $250 as a service award to each of the 17 class and collective members who responded to written discovery;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firm of Winebrake & Santillo, LLC to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $75,000 to compensate class counsel for reasonable attorney's fees and expenses.

The above relief is warranted based on, *inter alia*, the accompanying Class/Collective Action Settlement Agreement, the Declaration of R. Andrew Santillo, the Declaration of Mark Patton, and Memorandum of Law.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date: September 26, 2019

Respectfully,

/s/ R. Andrew Santillo
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

*Class Counsel*